### FRANK KOHOUT v. LEWIS B. NEWMAN and Another.[1]

October 26, 1906.

Nos. 14,884—(30).

Action in the district court for Ramsey county to recover $7,250 for personal injuries. The case was tried before Bunn, J., and a jury, which returned a verdict in favor of the plaintiff for $2,400. From a judgment entered pursuant to the verdict, defendants appealed. Affirmed.

*Morton Barrows*, for appellants.

*O. E. Holman*, for respondent.

PER CURIAM.

This case was here on a former appeal. 96 Minn. 61, 104 N. W. 764. It was then held that the evidence was sufficient to take the case to the jury on the question of defendant's negligence, and the cause was remanded for a new trial. The evidence presented on this appeal is in all substantial respects the same as on the former appeal, and we follow and apply the decision then made, holding that the evidence is sufficient to sustain the verdict. The damages are not so excessive as to justify interference by this court.

Judgment affirmed.

[1] Reported in 109 N. W. 1133.